# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| BRANDON NELSON SPARKS | * | |
| PLAINTIFF | * | |
| | * | |
| V. | * | CASE NO. 4:18CV00395 SWW |
| | * | |
| BAPTIST HEALTH, ET AL. | * | |
| DEFENDANTS | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 19TH DAY OF JUNE, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE